UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:   SEALED MATTER            MISC. NO. 21-mc-50001-1
                                           HON. DAVID M. LAWSON

_____/

## MOTION AND BRIEF TO UNSEAL SEARCH WARRANT AND AFFIDAVIT

THE UNITED STATES OF AMERICA respectfully requests that the search warrant and affidavit in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction or that evidence may be destroyed if they become aware of the substance of the search warrant and affidavit.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if any persons become aware of the substance of the search warrant and affidavit.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/*Kevin M. Mulcahy*
KEVIN M. MULCAHY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Kevin.Mulcahy@usdoj.gov
(313) 226-9713

Dated:   August 26, 2021

**IT IS SO ORDERED.**

                                                     s/Kimberly G. Altman
                                                   HON. KIMBERLY G. ALTMAN
                                                   United States Magistrate Judge

Entered: August 31, 2021